IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Tammy S. Brown, | ) | C/A No.: 0:15-cv-2279-TLW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Carolyn W. Colvin, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff Tammy S. Brown brought this action pursuant to 42 U.S.C. § 405(g), seeking judicial review of a final decision of the Commissioner of Social Security, which denied Plaintiff's claims for disability insurance benefits and supplemental security income. ECF No. 1. This matter is before the Court for review of the Report and Recommendation (R&R) filed by United States Magistrate Judge Gossett on July 20, 2016, ECF No. 21, to whom this case was previously assigned pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2), DSC. In the R&R, the Magistrate Judge recommends affirming the Commissioner's decision. Objections to the R&R were due on August 8, 2016, and no objections were received.

This Court is charged with conducting a *de novo* review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the R&R, this Court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

In light of the standard above this Court has carefully reviewed the Magistrate Judge's R&R and, noting that no objections were received, the R&R is hereby ACCEPTED. For the reasons articulated by the Magistrate Judge, the Commissioner's decision is AFFIRMED.

**IT IS SO ORDERED**.

                                                 *s/Terry L. Wooten*
                                       Chief United States District Judge

August 31, 2016
Columbia, South Carolina